IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 98.209.250.195

**ISP:** Comcast Cable
**Physical Location:** Grand Blanc, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/03/2016 11:33:59 | CB3EAE417778FFD481453F3618F8ED6D4AB751AE | Triple Blonde Fantasy |
| 11/27/2016 12:50:21 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 11/18/2016 04:20:49 | 1BCD751B4A5AF1706E1FCF801A4A348E107F811E | Tiny Seductress |
| 11/17/2016 10:00:58 | 9D5CDFEA75C245C909F33367BD777FF3CD69C916 | The Cabin And My Wood |
| 08/20/2016 12:38:16 | 242FBF473D815423CD623BF4CB974EB015DB8C2A | Maddy Me Crazy |
| 07/30/2016 10:51:19 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 07/30/2016 10:39:29 | 00CE1BBA07FC1CD017C27FB436EE33B0276E87CF | Tropical Sexcapades |
| 07/26/2016 02:22:29 | 1C6E61E6696FA820CB8A8109C203E91C48D2C6A2 | Sultry Summer Heat |
| 07/26/2016 01:55:12 | 70A034939C253667D5FAA7EB749EEACE141BB687 | In Love With Little Caprice |
| 07/25/2016 12:59:45 | F4AAFC58C14889CFE1AA2E23EA4D0730C3FF8B69 | Three Way is the Best Way |
| 07/23/2016 01:23:28 | C8C863F2DED953DBF6BA49FF5F02DBEC8F0F1A26 | We Love Ourselves |
| 07/22/2016 23:26:21 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |

**Total Statutory Claims Against Defendant: 12**

2:17-cv-10449-SJM-EAS Doc # 1-2 Filed 02/12/17 Pg 1 of 1 Pg ID 12

EXHIBIT A

NEMI325